# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

| | | |
|---|---|---|
| **JOSHUA DELGADO,** | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| **v.** | § | **No. 6:26-CV-00234-LS** |
| | § | |
| **PAYCOM PAYROLL, LLC,** | § | |
| | § | |
| *Defendant.* | § | |

## ORDER REFERRING CASE TO THE UNITED STATES MAGISTRATE JUDGE

The Court refers this case to a United States Magistrate Judge randomly assigned in the Waco Division for determination of all non-dispositive pretrial matters and report and recommendation on all dispositive pretrial matters. The Magistrate Judge shall have the authority to conduct hearings and other appropriate proceedings at the Magistrate Judge's discretion.

## I.    MATTERS REFERRED FOR DETERMINATION.

The Magistrate Judge may extend or modify pretrial deadlines in the scheduling order.

The Magistrate Judge may modify trial settings in consultation with the District Judge.

A scheduling order that exists prior to referral shall remain in effect subject to extensions or modifications that the Magistrate Judge may order.

The Magistrate Judge shall rule on all discovery and pretrial motions within the Magistrate Judge's authority under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(a).

The Magistrate Judge may extend or modify discovery deadlines and order sanctions in discovery matters to the extent sanctions are non-dispositive.

The Magistrate Judge may exercise contempt authority under 28 U.S.C. § 636(e).

## II.    OTHER MATTERS.

The Magistrate Judge shall issue a report and recommendation on all dispositive pretrial matters. The Magistrate Judge may deny dispositive motions when a subsequent pleading or order renders the motion moot. Such an order is not a ruling on the motion's merits, and the moving party may refile the motion.

Upon notice of settlement, notice of voluntary dismissal, or stipulation of dismissal, the District Judge shall issue orders related to settlement conferences, dismissal documents, dismissal orders, and final judgments, as applicable.

The District Judge shall set and preside over the final pretrial conference unless the Court orders otherwise in consultation with the Magistrate Judge.

## III.    OBJECTIONS AND APPEALS.

Parties may object to a report and recommendation or appeal an order in compliance with Federal Rule of Civil Procedure 72(b)(2) and Rule 4 of Appendix C to the Local Rules. A party waives any issue that it did not raise before the Magistrate Judge. Any order to which a party files an objection or appeal remains in effect while under the Court's consideration.

The District Judge shall rule on motions to stay an order from the Magistrate Judge and motions to modify deadlines for filing an objection or appeal.

**SO ORDERED**.

**SIGNED** and **ENTERED** on July 8, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

2